United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Jennifer Anne Jachelski  
    Debtor

Case No. 13-06469-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: karendavi    Page 1 of 1    Date Rcvd: Oct 03, 2017  
Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
4489446    +E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2017 19:02:10    Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone 60055-0049  
                                                                                                                                  TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

      Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com  
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
      Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com, bonnie@mvrlaw.com  
      Joseph Angelo Dessoye    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com  
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Larry W. Wolf    on behalf of Debtor Jennifer Anne Jachelski ephillips@larrywwolf.com  
      Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association bkmail@rosicki.com  
      Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. thomas.song@phelanhallinan.com  
      Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                                                                               TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-06469-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer Anne Jachelski
30 Firmin Way
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Green Tree Servicing LLC, PO BOX 0049, Palatine, IL 60055-0049, Telephone # 888-298-7785 | BANK OF AMERICA, N.A.<br>P.O. BOX 31785<br>TAMPA, FL 33631-3785<br>Last four digits of Acct#: 5968 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/05/17

Terrence S. Miller
**CLERK OF THE COURT**