```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                Case No. 13-06469-HWV
Jennifer Anne Jachelski                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: KADavis     Page 1 of 1     Date Rcvd: May 21, 2019
                     Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
db          +Jennifer Anne Jachelski,    30 Firmin Way,    Hanover, PA 17331-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
         Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
          Bkmail@rosicki.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,   Michelle@mvrlaw.com
         Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
          bonnie@mvrlaw.com
         Joseph Angelo Dessoye    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
         Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Larry W. Wolf    on behalf of Debtor 1 Jennifer Anne Jachelski ephillips@larrywwolf.com
         Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
          bkmail@rosicki.com
         Mario John Hanyon    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
         Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pamb@fedphe.com
         Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jennifer Anne Jachelski, | Chapter 13 |
| **Debtor 1** | Case No. 1:13–bk–06469–HWV |

Social Security No.:
xxx–xx–1121

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 21, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)